OAKWOOD DEVELOPMENT CORPORATION *v.* ZONING BOARD OF APPEALS OF THE CITY OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 458, is denied.

*James F. McKenna,* in support of the petition.

*George B. Simoncelli, Jr.,* in opposition.

Decided May 16, 1990

CLAUDETTE RIVERA, ADMINISTRATRIX (ESTATE OF RAFAEL C. RIVERA), ET AL. *v.* DAVID FOX ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 619, is denied.

*Steven W. Varney,* in support of the petition.

*Paul T. Nowosadko,* in opposition.

Decided May 16, 1990

HENRY DeBARROS *v.* A. L. SINGLETON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 107, is denied.

*Serge G. Mihaly,* in support of the petition.

*Michael J. Belzer,* assistant attorney general, in opposition.

Decided May 23, 1990

RICHARD SHERBO *v.* JOHN R. MANSON, COMMISSIONER OF CORRECTION

The petitioner Richard Sherbo's petition for certification for appeal from the Appellate Court, 21 Conn. App. 172, is denied.